**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01160-CR

### MARLON LALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-33**

## ORDER

This appeal is **REINSTATED**.

By order issued on January 17, 2013, we abated this appeal and ordered the trial court to conduct a hearing to determine why appellant's brief was not timely filed. The trial court conducted a hearing and the Court has received a supplemental reporter's record and the trial court's written findings and recommendations.

We **ADOPT** the trial court's recommendation that appellant receive an extension on his brief. We **EXTEND** the time to file appellant's brief to **March 18, 2013**.

/s/     LANA MYERS
        JUSTICE